UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES ERIC MCCULLOUGH,

Defendant.
_______________________________/

Case: 2:26–cr–20576
Assigned To : Michelson, Laurie J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 9/2/2026
Description: INFO USA V. MCCULLOUGH (AB)

Violation: 18 U.S.C. § 924(c)

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
18 U.S.C. § 924(c)(1)(A)
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*

On or about June 26, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Charles Eric McCullough, knowingly possessed a firearm, that is, a:

- Smith & Wesson, Model SW9VE, 9mm caliber pistol;
- Excel Industries ACCU-TEK Model HC-380, .380 caliber pistol;
- Savage Arms Springfield Model 511, 12-gauge shotgun;
- PW Arms BP-123 Model G2, 12-gauge shotgun,

in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATIONS

18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Information, the defendant, Charles Eric McCullough, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all ammunition and firearms involved in or used in any knowing violation of said offense, including but not limited to:

- Smith & Wesson, Model SW9VE, 9mm caliber pistol;
- Excel Industries ACCU-TEK Model HC-380, .380 caliber pistol;
- Savage Arms Springfield Model 511, 12-gauge shotgun;
- PW Arms BP-123 Model G2, 12-gauge shotgun.

JEROME F. GORGON JR.
United States Attorney

*s/Mark Bilkovic*
MARK BILKOVIC
Chief, Violent & Major Crimes Unit

*s/Blake S. Hatlem*
Blake S. Hatlem
Assistant United States Attorney

Dated: September 2, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** 2:26-cr-20576 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** ☒ **No** | **AUSA's Initials:** *s/B.H.* |

**Case Title:** USA v. Charles Eric McCullough

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/ ✓ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 2, 2026
Date

Blake Hatlem
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:(313) 226-9613
E-Mail address: Blake.Hatlem@usdoj.gov
Attorney Bar #: P58969

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.